UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**RICARDO VAZQUEZ,**                                Civil No. 08-4903 ADM/SRN

     **Plaintiff,**

**v.**

                                           ORDER

**HUTCHINSON TECHNOLOGY INC.,**

     **Defendant.**

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated January 7, 2009.  No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

This action is **DISMISSED WITHOUT PREJUDICE**.

DATED: January 27, 2009

                                            s/Ann D. Montgomery
                                            Judge Ann D. Montgomery
                                            United States District Court Judge